IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 18-223 |
| JULIAN TERRELL TURK | : |

## ORDER

**AND NOW**, this  21st  day of  September , 2018, upon consideration of Defendant's Motion to Dismiss the Indictment pursuant to Fed. R. Crim. P. 12(b) (ECF No. 31), and the Government's response thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

**R. BARCLAY SURRICK, J.**